**2010–0206.   Claxton v. State.**
Hamilton App. No. C–090004. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VIII; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. V. Motion for stay of jurisdictional question denied as moot.

**2010–0207.   Jackson v. State.**
Hamilton App. No. C–081306. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VIII; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. V. Motion for stay of jurisdictional question denied as moot.

**2010–0209.   Campbell v. Carlisle.**
Warren App. No. CA2009–05–053, 2009-Ohio-6751.

PFEIFER and O'DONNELL, JJ., dissent.

**2010–0218.   Zumwalde v. Madeira & Indian Hill Joint Fire Dist.**
Hamilton App. No. C–090015, 2009-Ohio-6801.

PFEIFER, J., dissents.

**2010–0251.   State v. Lynn.**
Montgomery App. No. 22946, 2009-Ohio-6812.

PFEIFER, J., dissents.

**2010–0276.   In re Mullen.**
Hamilton App. Nos. C–090285 and C–090407, 2009-Ohio-6934.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2010–0289.   Caes v. State.**
Warren App. No. CA2009–07–095, 2009-Ohio-6920. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed. Motion to consolidate denied.